UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br> v.<br><br>3M Company,<br><br>    Defendant. | Civil Action No.: 11-2408 SRN/FLN<br><br>**LIST OF FINAL MONETARY CLAIMANTS AND AWARDS**<br><br>**(ATTACHMENT C – FILED UNDER SEAL)** |

 Pursuant to paragraph J of the Consent Decree entered in the above-captioned case on September 15, 2011, Plaintiff Equal Employment Opportunity Commission hereby files its List of Final Monetary Claimants and Awards under seal. Said List of Final Monetary Claimants and Awards is attached hereto as Attachment C to the Consent Decree.

        Dated:  March 1, 2012

         /s/  David F. Offen-Brown
        DAVID F. OFFEN-BROWN
        Supervisory Trial Attorney

        U. S. EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION
        San Francisco District Office
        350 The Embarcadero, Suite 500
        San Francisco, California  94105-1260
        (415) 625-5652

**ATTACHMENT C**

**LIST OF FINAL MONETARY CLAIMANTS AND AWARDS**

**This Exhibit has been filed under seal pursuant to the Consent Decree filed on September 15, 2011**